**Lawrence J. KROHR, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 68958.

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 1996.

---

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

In his Rule 24.035 motion, defendant alleges his trial counsel failed to interview certain witnesses. The motion court denied his motion without conducting a hearing. He now contends the motion court erred in denying his motion without a hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).